JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DONNA A., <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. ED CV 23-00606-MEMF (DFM) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Report and Recommendation, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

Date: March 4, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge